No. 404. UNITED STATES *v*. PABST BREWING CO. ET AL. Appeal from D. C. E. D. Wis. Probable jurisdiction noted. *Solicitor General Cox, Assistant Attorney General Turner, Frank I. Goodman, Robert B. Hummel* and *Irwin A. Seibel* for the United States. *John T. Chadwell, Glenn W. McGee, David A. Nelson, Joseph R. Gray* and *Ray T. McCann* for appellee Pabst Brewing Co.

No. 368. A BOOK NAMED "JOHN CLELAND'S MEMOIRS OF A WOMAN OF PLEASURE" *v*. ATTORNEY GENERAL OF MASSACHUSETTS. Appeal from Sup. Jud. Ct. Mass. Probable jurisdiction noted. The motion of the appellant to advance oral argument is granted and the case is set to follow No. 49. *Charles Rembar* for appellant.

No. 487. MALAT ET UX. *v*. RIDDELL, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari granted. *George T. Altman* for petitioners. *Solicitor General Marshall, Acting Assistant Attorney General Roberts, Melva M. Graney* and *Carolyn R. Just* for respondent.

No. 440. UNITED STATES *v*. UTAH CONSTRUCTION & MINING CO. Ct. Cl. Certiorari granted. The case is set for oral argument immediately following No. 439. *Acting Solicitor General Spritzer, Assistant Attorney General Douglas, Morton Hollander* and *David L. Rose* for the United States. *Gardiner Johnson* and *Thomas E. Stanton, Jr.*, for respondent.